[No. 35495-7-I.    Division One.    December 16, 1996.]

CAREY ALLEN STATES, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-07751-3, Charles V. Johnson, J., entered October 7, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.

[No. 35715-8-I.    Division One.    December 16, 1996.]

DOUGLAS E. BRACKENBROUGH, ET AL., *Respondents*, v. HOWARD D. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-06464-1, Marsha J. Pechman, J., entered November 8, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35860-0-I.    Division One.    December 16, 1996.]

ELMER JOHNSON, ET AL., *Appellants*, v. M.P. YOUSOOFIAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-28249-6, Sally Phillips Pasette, J., entered December 1, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ. Now published at 84 Wn. App. 755.

[Nos. 35927-4-I; 36783-8-1.    Division One.    December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS IRVING WILSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LINDA WILSON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 93-1-04241-4 and 93-1-04242-2, Robert H. Alsdorf, J., entered January 6, 1995. *Dismissed* by unpublished per curiam opinion.